

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00102-CV

**IN THE INTEREST OF J.R.I., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01527
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED.

It is so **ORDERED** on June 3, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court